**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH DINOFA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and, RAISER, LLC<br><br>Defendants. | Case No.: 2:15-cv-06121-MMB<br><br>FILED<br>MAR 22 2016<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Joseph Dinofa, individually and on behalf of others similarly situated, hereby dismisses without prejudice all claims or causes of action against the defendants, Uber Technologies, Inc. and Raiser, LLC.

Respectfully submitted,

Napoli Shkolnik PLLC

Dated: Burlington, New Jersey
March 21, 2016

/s/ STEVEN BERMAN
Steven Berman, Esq.

One Greentree Center
Suite 201
Marlton, New Jersey 08053
(856) 988-5574
wsberman@napolilaw.com

*Counsel for Plaintiffs, Joseph Dinofa, et al.*

SO ORDERED this 21st day of March, 2016

Michael M. Baylson, J.
United States Dist Court.